IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CICELY WHITE                                                                                        PLAINTIFF

V.                                          4:18CV000300 JM

UNITED HEALTHCARE SERVICES, INC.                                                DEFENDANT

## JUDGMENT

On June 25, 2018, the Court granted the parties' joint motion to stay this case pending arbitration pursuant to their arbitration agreement. The parties agreed on the appointment of Carolyn Witherspoon as arbitrator, and on June 25, 2019, she granted Defendant's motion for summary judgment. The decision of the Arbitrator (AAA No. 01-18-0002-9618) is adopted by the Court as its own.

Defendant's motion to lift the stay, confirm the arbitration award, and dismiss the case with prejudice (ECF. No. 19) is GRANTED. Pursuant to the summary judgment granted by the Arbitrator (ECF No. 20-3), Plaintiff's claims of race discrimination, age discrimination, disability discrimination, and retaliation are dismissed with prejudice. The fees of the American Arbitration Association totaling $2,950.00 and the fees of the Arbitrator totaling $5,953.50 shall be borne as incurred.

The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE